**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendant*. | Civil Action No. 18-1201 (RCL) |

**JOINT STATUS REPORT**

Defendant, the United States Department of Education, and Plaintiffs, the National Student Legal Defense Network and the Project on Predatory Student Lending of the Legal Services Center of Harvard Law School, (jointly, "the Parties"), by and through undersigned counsel, hereby submit this Joint Status Report to update the Court on recent developments in this Freedom of Information Act ("FOIA") litigation that render moot the Parties' previous disagreement over the proposed production schedule in this case. That dispute was the subject of Defendant's Motion for Extension of Time to File *Vaughn* Index with Supporting Dispositive Motion (ECF No. 11) and Plaintiffs' Opposition thereto (ECF No. 12). Pursuant to the Court's May 28, 2019 Order, a hearing on Defendant's motion is currently scheduled for Monday, June 10, 2019, at 2:30 pm.

1.  On May 22, 2018, Plaintiffs filed a civil complaint pursuant to FOIA and the Declaratory Judgment Act seeking declaratory and injunctive relief to compel compliance in connection with two FOIA requests that were submitted by Plaintiffs on April 4, 2018 and April 9, 2018. Both FOIA requests relate to a set of documents known as the "Part II submission" that was submitted by a third party, the Accrediting Council for Independent Colleges and Schools, to

Defendant in May 2016 as part of the third party's petition for continued recognition as a federally recognized accreditor of institutions of higher education.  Dkt. No. 1.

2. Defendant answered Plaintiffs' Complaint on June 28, 2018.  Dkt. No. 8.

3. On January 30, 2019, this Court ordered Defendant to produce a *Vaughn* index with a supporting motion to dismiss or motion for summary judgment within 30 days, or by March 1, 2019.  Dkt. No. 9.

4. On February 28, 2019, Defendant filed a Motion for Extension of Time to Produce a *Vaughn* Index with a Supporting Dispositive Motion.  Dkt. No. 11.  In support of this motion, Defendant submitted a declaration stating that Defendant was in the possession of approximately 36,000 responsive documents and that, beginning in October 2018, Defendant had been processing a minimum of 500 pages of these responsive records per month and making monthly interim productions to Plaintiffs.  Defendant explained that producing more than 500 pages per month would be "unduly burdensome" because there was a "significant backlog of FOIA requests" and because it had to perform an independent review to ensure that all materials were "properly redacted or withheld."  *Id.*  In light of this burden, Defendant explained that it would not be able to complete its production until 2024.  *Id.*  Defendant proposed continuing its monthly productions at the same rate, and producing a *Vaughn* index with a supporting dispositive motion after its final 2024 production.  *Id.* Ex. A.

5. Plaintiffs opposed Defendant's motion, requesting that Defendant be required to process in excess of 500 pages of potentially responsive documents per month.  Dkt. No. 12. Plaintiffs explained that these were not run-of-the-mill FOIA requests but rather were requests seeking the release of documents that Defendant had reviewed, analyzed, and relied upon to support its decision to reverse its earlier denial of recognition to ACICS as an accreditor of higher

education. *Id.* Plaintiffs stated that Defendant had provided no facts to support its claims or to justify why it could not complete production until 2024. *Id.*

6. To date, Defendant has made nine interim productions to Plaintiffs totaling 6,817 pages. However, because the January production (541 pages) and February production (528 pages) erroneously provided documents responsive to a separate FOIA request, Defendant has in fact made a total of seven interim productions in this case, totaling 5,748 pages.

7. On June 5, 2019, Defendant's undersigned counsel notified Plaintiff National Student Legal Defense Network's undersigned counsel that Defendant intends to release all approximately 36,000 responsive pages publically on Defendant's website by this Friday, June 7, 2019. The Parties agree that this development renders moot the portion of Defendant's Motion for Extension of Time related to the production schedule in this case and the need for a hearing on that motion.

8. The Parties propose filing a Joint Status Report with the Court in 90 days, or on September 4, 2019, after Plaintiffs have had an opportunity to review the publically released Part II submission. In that Joint Status Report, the Parties will update the Court as to whether there are any issues remaining in the litigation and, if so, will propose a summary judgment briefing schedule.

Dated:  June 6, 2019

                                                Respectfully Submitted,

By: */s/ Alexander S. Elson*
ALEXANDER S. ELSON
D.C. Bar #1602459
Senior Counsel
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street, NW
Suite 600
Washington, DC 20005
T: (202) 734-7459
alex@nsldn.org

/s/ *Toby R. Merrill*
TOBY R, MERRILL
(DDC Bar Number MA0006)
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
T: (617) 390-3003
tomerrill@law.harvard.edu

*Counsel for Plaintiffs*

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division
T: (312) 857-7070

By: */s/ Diana V. Valdivia*
DIANA V. VALDIVIA
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
T: (202) 252-2545
diana.valdivia@usdoj.gov

*Counsel for Defendant*